# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2012

144055 & (66)

DEVON SCOTT BAILEY,
        Plaintiff-Appellee/
        Cross-Appellant,

v

STEVEN GEROME SCHAAF,
        Defendant,
and

T.J. REALTY, INC., d/b/a HI-TECH
PROTECTION, TIMOTHY JOHNSON,
CAPTAIN WILLIAM BOYD BAKER,
CHRISTOPHER LEE CAMPBELL,
        Defendants-Appellees,
and

EVERGREEN REGENCY TOWNHOMES,
LTD., and RADNEY MANAGEMENT &
INVESTMENTS,
        Defendants-Appellants/
        Cross-Appellees.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 144055
COA: 295801
Genesee CC: 07-087454-NO

On order of the Court, the application for leave to appeal the August 18, 2011 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered. The application for leave to appeal is GRANTED. The parties shall include among the issues to be briefed whether the Court of Appeals erred when it extended the limited duty of merchants – to involve the police when a situation on the premises poses an imminent risk of harm to identifiable invitees, see *MacDonald v PKT, Inc*, 464 Mich 322 (2001) – to landlords and other premises proprietors, such as the defendant apartment complex and property management company. The application for leave to appeal as cross-appellant remains pending.

The Michigan Defense Trial Counsel, Inc. and the Michigan Association for Justice are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2012

p0516

Clerk